# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAYMOND MCCOY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | Civil Action No. 14-0923 (RBW) |
| WARDEN THOMAS, | ) ) ) | |
| Respondent. | ) ) | |

## ORDER

The petitioner initiated this case in the United States District Court for the Middle District of Pennsylvania by filing a form captioned: "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody," ECF No. 1. The Middle District of Pennsylvania transferred the case to this Court because the petitioner is challenging his conviction entered by the Superior Court of the District of Columbia on September 12, 2008. *Id*. at 1; *see* Memorandum, ECF No. 6. Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED** that the custodial Respondent, by counsel, shall within 20 days of service of a copy of this Order and the Petition file with the Court and serve on the Petitioner a statement showing why the Writ of Habeas Corpus should not issue. *See Williams v. Martinez*, 586 F.3d 995 (D.C. Cir. 2009). It is

**FURTHER ORDERED** that the Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the Petitioner's Warden and the United States Attorney for the District of Columbia, Special Proceedings Division.

_____s/_____
Reggie B. Walton
DATE: September 30, 2014                United States District Judge