UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RAYMOND MCCOY,                      )
                                    )
            Petitioner,             )
                                    )
        v.                          )   Civil Action No. 14-0923 (RBW)
                                    )
WARDEN THOMAS,                      )
                                    )
            Respondent.             )
_____ )

**ORDER**

Pending before the Court is the Government's Response to Petitioner's *Pro Se* Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, ECF No. 13. The petitioner, proceeding *pro se*, has yet to file a reply. Because consideration of this filing could potentially dispose of the case, the petitioner is advised of the following.

"A court . . . entertaining an application for a writ of habeas corpus shall forthwith award the writ . . . , unless it appears from the application that the applicant . . . is not entitled thereto." 28 U.S.C. § 2243. "The allegations of . . . an answer to an order to show cause in a habeas corpus proceeding, if not traversed, shall be accepted as true except to the extent that the judge finds from the evidence that they are not true." 28 U.S.C. § 2248. In addition, the court's local rules concerning dispositive motions state: "[w]ithin 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the Court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

1

Case 1:14-cv-00923-RBW   Document 14   Filed 11/04/14   Page 2 of 2

2

**ORDERED** that the petitioner shall reply to the government's response by **December 22, 2014**.  If the petitioner fails to file a timely reply, the Court will treat the opposition as conceded and may summarily deny the petition and dismiss the case.

**SO ORDERED**.

_____s/_____
Reggie B. Walton
DATE:  November 4, 2014                    United States District Judge